# EXHIBIT J



**Choice Advisors**

*Independent Advisor. Trusted Advice. Comprehensive Solutions.*

May 8, 2018

Vista, CA 92083

Re: Written Municipal Advisor Client Disclosure with [redacted] ("Client") for Charter School Lease Revenue Bonds, Series 2018A&B ("Project" Pursuant to MSRB Rule G-42)

Dear [redacted]:

As a Municipal Advisor, we are required by Municipal Securities Rulemaking Board (MSRB) Rules to provide you with certain written information and disclosures prior to, upon or promptly, after the establishment of a municipal advisory relationship as defined in Securities and Exchange Act Rule 15Ba1-1. To establish our engagement as your Municipal Advisor, we must inform you that:

1. When providing advice, we are required to act in a fiduciary capacity, which includes a duty of loyalty and a duty of care. This means we are required to act solely in your best interest.
2. We have an obligation to fully and fairly disclose to you in writing all material actual or potential conflicts of interest that might impair our ability to render unbiased and competent advice to you. We are providing these and other required disclosures in **Appendix A** attached hereto.
3. As your Municipal Advisor, Choice Advisors shall provide this advice and service at such fees, as described within **Appendix B** attached hereto.

This documentation and all appendices hereto shall be effective as of its date unless otherwise terminated by either party upon 30 days written notice to the other party.

During the term of our municipal advisory relationship, this writing might be amended or supplemented to reflect any material change or additions.

We look forward to working with you on this Project.

Sincerely,

Matthias O'Meara
Partner & Founder
Choice Advisors

Accepted by [redacted]:

[redacted]

Date: 5/9/18

[1] This document is intended to satisfy the requirements of MSRB Rule G-42(b) and Rule G-42(c).

**EXHIBIT J**



Choice Advisors
*Independent Advisor. Trusted Advice. Comprehensive Solutions.*

May 8, 2018



Vista, CA 92083

Re: Written Municipal Advisor Client Disclosure with ("Client") for Charter School Lease Revenue Bonds, Series 2018A&B ("Project" Pursuant to MSRB Rule G-42)

Dear

As a Municipal Advisor, we are required by Municipal Securities Rulemaking Board (MSRB) Rules to provide you with certain written information and disclosures prior to, upon or promptly, after the establishment of a municipal advisory relationship as defined in Securities and Exchange Act Rule 15Ba1-1. To establish our engagement as your Municipal Advisor, we must inform you that:

1. When providing advice, we are required to act in a fiduciary capacity, which includes a duty of loyalty and a duty of care. This means we are required to act solely in your best interest.
2. We have an obligation to fully and fairly disclose to you in writing all material actual or potential conflicts of interest that might impair our ability to render unbiased and competent advice to you. We are providing these and other required disclosures in **Appendix A** attached hereto.
3. As your Municipal Advisor, Choice Advisors shall provide this advice and service at such fees, as described within **Appendix B** attached hereto.

This documentation and all appendices hereto shall be effective as of its date unless otherwise terminated by either party upon 30 days written notice to the other party.

During the term of our municipal advisory relationship, this writing might be amended or supplemented to reflect any material change or additions.

We look forward to working with you on this Project.

Sincerely,

Matthias O'Meara
Partner & Founder
Choice Advisors

Accepted by :



5/9/18

[1] This document is intended to satisfy the requirements of MSRB Rule G-42(b) and Rule G-42(c).



FOIA Confidential Treatment Requested by Choice Advisors LLC

## Appendix A

## Disclosure of Conflicts of Interest/Other Required Information

### Actual/Potential Material Conflicts of Interest

Choice Advisors has no known actual or potential material conflicts of interest that might impair its ability either to render unbiased and competent advice or to fulfill its fiduciary duty to Client.

### Other Engagements or Relationships Impairing Ability to Provide Advice

Choice Advisors is not aware of any other engagement or relationship Choice Advisors has that might impair Choice Advisors' ability to either render unbiased and competent advice to or to fulfill its fiduciary duty to Client.

### Solicitors/Payments Made to Obtain/Retain Client Business

Choice Advisors does not use solicitors to secure municipal engagements; nor does it make direct or indirect payments to obtain or retain Client business.

### Payments from Third Parties

Choice Advisors does not receive any direct or indirect payments from third parties to enlist Choice Advisors recommendation to the Client of its services, any municipal securities transaction or any financial product.

### Payments/Fee-splitting Arrangements

Choice Advisors does not share fees with any other parties and any provider of investments or services to the Client.

### Material Legal or Disciplinary Events

Neither Choice Advisors nor any of its officers or municipal advisors have been involved in any legal or disciplinary events reported on Form U4, MA, or MA-I nor are there any other material legal or disciplinary events to be reported.

Documentation of Municipal Advisor Relationship – Appendix A
Choice Advisors

Page 1
May 8, 2018

**EXHIBIT J**
**4**

FOIA Confidential Treatment Requested by Choice Advisors LLC

CHO-00000009

**Conflicts Arising from Compensation Contingent on the Size or Closing of Any Transaction** The forms of compensation for municipal advisors vary according to the nature of the engagement and requirements of the client. Compensation contingent on the size of the transaction presents a conflict of interest because the advisor may have an incentive to advise the client to increase the size of the securities issue for the purpose of increasing the advisor's compensation. Compensation contingent on the closing of the transaction presents a conflict because the advisor may have an incentive to recommend unnecessary financings or recommend financings that are disadvantageous to the client. If the transaction is to be delayed or fail to close, an advisor may have an incentive to discourage a full consideration of such facts and circumstances, or to discourage consideration of alternatives that may result in the cancellation of the financing or other transaction.

Any form of compensation due a Municipal Advisor will likely present specific conflict of interests with the Client. If a Client is concerned about the conflict arising from Municipal Advisor compensation contingent on size and/or closing of their transaction, Choice Advisors is willing to discuss and provide another form of Municipal Advisor compensation. The Client must notify Choice Advisors in writing of this request within 10 days of receipt of this Municipal Advisor writing.

## MSRB Contact Information

The website address of the MSRB is www.msrb.org. Posted on the MSRB website is a municipal advisory client brochure that describes the protections that may be provided by MSRB rules and how to file a complaint with the financial regulatory authorities.

## Appendix B
Debt Issuance Scope of Work

### Scope of Service
Client has retained Choice Advisors to assist Client in the issuance of debt ("Issuance") to finance and/or refinance a Project. Choice Advisors agrees to work with Client's Financing Team (including Bond Counsel, Borrower's Counsel, Underwriter's Counsel, Underwriter, and other various professionals that are party to the financing) and provide the following scope of services in connection with the Issuance:

### Authorization
- Provide information or input to assist Client with meeting the legal Issuance requirements.
- Develop a timeline of steps and actions required to meet legal and financing requirements related to the Issuance. As directed, requested or required:
    - assist Client with selection and engagement of other members of the finance team;
    - participate in preparing materials and/or attending meetings for proceedings required to lawfully authorize the Issuance;
    - assist Client in preparing information to explain the financing plan and the financial impact of the Issuance;
    - attend meetings to assist in explaining the financing plan and the impact of the proposed Issuance to elected officials and constituents.

### Debt Issuance
- Use its best efforts to execute the financing plan in accordance with Client's directives.
- Present a financing plan to Client in the form of a Presale Report.
- Request current and necessary information from Client, if the Issuance proceeds forward.
- Discuss with Client post-issuance compliance obligations including continuing disclosure, record-keeping, arbitrage monitoring.
- For Negotiated sales:
    - assist, as directed by Client, with preparation of Client's official statement/offering document for review by Client's Financing Team;
    - 
    - assist Client with credit rating (s);
    - assist Client when responding to questions regarding the Issuance;
    - coordinate day of sale activities with Financing Team;
    - prepare and present a Sale Day report to Client.

### Post Issuance
- Prior to the closing of the Issuance, coordinate the closing including document development and distribution as well as coordinate transfer of funds, as required.
- Provide electronic or hard copy Issuance transcripts, as directed by Client.
- Respond to Client questions relating to the Issuance.
- Monitor refunding opportunities on Client's behalf for all Client debt.

### Compensation
The fee for this engagement shall not exceed 1.00% of the total financing amount. This fee covers all services to be provided by Choice Advisors under the "Scope of Service" section as set forth herein.

Client will not be assessed by Choice Advisors any costs relating to copies, official statement or offering document printing, postage, mileage, or website posting of official statements. Choice Advisors fees are due and payable upon the closing of the issue and will be paid at closing from Issuance proceeds unless directed otherwise in writing by the Client.

The Client is responsible for all other expenses related to the Issuance. Examples of potential expenses that may apply include, but are not limited to, the following: underwriting discount, legal services, rating expenses, publication of notices, paying agent fees, escrow agent fees, verification agent, trustee fees, accounting services, CUSIP expense, and any fees charged for information required for preparation of an official statement or other offering document.

This debt issuance engagement will end upon receipt of debt issuance funds by Client.

FOIA Confidential Treatment Requested by Choice Advisors LLC