UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CHOICE ADVISORS, LLC and MATTHIAS O'MEARA,<br><br>Defendants. | Case No.: 21cv1669-JO-MSB<br><br>**ORDER DENYING DEFENDANTS' MOTION TO DISMISS** |

Defendants Choice Advisors, LLC and Matthias O'Meara moved to dismiss Plaintiff Securities and Exchange Commission's First, Fifth, and Sixth claims. Dkt. 13. The Court held oral argument on the motion on September 7, 2022. For the reasons stated on the record at the oral argument, the Court DENIES the motion.

**IT IS SO ORDERED**.

Dated: September 13, 2022

_____
Hon. Jinsook Ohta
United States District Judge

1