UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CHOICE ADVISORS, LLC, et al.,<br><br>Defendants. | Case No.:  21cv1669-JO(MSB)<br><br>**ORDER RESETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

Due to a conflict on the Court's calendar, the telephonic Case Management Conference currently scheduled for March 1, 2023, at 10:00 a.m. is **RESET** to **March 14, 2023**, at **10:00 a.m.**  Plaintiff's counsel is to arrange and initiate the conference call.  The telephone number for Judge Berg's chambers is (619) 557-6632.  The Court apologizes for any inconvenience.

**IT IS SO ORDERED**.

Dated:  February 22, 2023

Honorable Michael S. Berg
United States Magistrate Judge