UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CHOICE ADVISORS, LLC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.:  21cv1669-JO(MSB)<br><br>**ORDER RESETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

After consultation with the parties, the telephonic Case Management Conference currently scheduled for June 22, 2023, at 11:30 a.m. is **RESET** to **September 14, 2023**, at **9:30 a.m.** Plaintiff's counsel is **ORDERED** to arrange and initiate the conference call. The telephone number for Judge Berg's chambers is (619) 557-6632.

**IT IS SO ORDERED**.

Dated:  June 15, 2023

Honorable Michael S. Berg
United States Magistrate Judge