UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                        Plaintiff,<br><br>v.<br><br>CHOICE ADVISORS, LLC, et al.,<br><br>                        Defendants. | Case No.: 21cv1669-JO (MSB)<br><br>**ORDER:**<br>**(1) RESETTING MANDATORY SETTLEMENT CONFERENCE;**<br>**(2) CONVERTING MANDATORY SETTLEMENT CONFERENCE TO VIDEO CONFERENCE; AND**<br>**(3) ISSUING UPDATED PROCEDURES** |

After discussion with counsel for the parties, the Court **RESETS** the Mandatory Settlement Conference ("MSC") currently scheduled for January 3, 2024 to **January 24, 2024**, at **1:30 p.m.** Additionally, the Court **CONVERTS** the in-person MSC to a **video conference** and **ISSUES** the following updated procedures:

    **1.** The Court will use its official Zoom video conferencing account to hold the MSC. **IF YOU ARE UNFAMILIAR WITH ZOOM:** Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app. Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create

an account, install Zoom, and familiarize themselves with Zoom in advance of the MSC.[1]

2. Prior to the start of the MSC, the Court will e-mail each MSC participant an invitation to join a Zoom video conference. If possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance. Participants should join the video conference by following the ZoomGov Meeting hyperlink in the invitation. **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**. Zoom may then prompt participants to enter the password included in the invitation.

3. Each participant should plan to join the Zoom video conference **at least five minutes before** the start of the MSC to ensure it begins promptly at 1:30 p.m.

4. Zoom's functionalities will allow the Court to conduct the MSC as it ordinarily would conduct an in-person MSC. That is, the Court will begin the MSC with all participants joined together in a main session. After an initial discussion in the main session, the Court will divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.[2] In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence. Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

5. No later than **January 17, 2024**, counsel for each party shall send an e-mail to the Court at efile_berg@casd.uscourts.gov containing the following:

   a. The party's **confidential MSC statement** as described in the Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings (see ECF No. 32 at ¶ 11.c.);

   b. The **name and title of each participant**, including all parties and party

---

[1] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started.

[2] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646.

representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

  c. An **e-mail address for each participant** to receive the Zoom video conference invitation; and

  d. A **telephone number where each participant** may be reached so that if technical difficulties arise, the Court will be able to proceed telephonically instead of by video conference. (If counsel prefers all participants of their party on a single conference call, counsel may provide a conference number and appropriate call-in information, including an access code, where all counsel and parties or party representatives for that side may be reached as an alternative to providing individual telephone numbers for each participant.)

 **6.** All participants shall display the same level of professionalism during the MSC and be prepared to devote their full attention to the MSC as if they were attending in person. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

 **IT IS SO ORDERED.**

Dated: November 30, 2023

Honorable Michael S. Berg
United States Magistrate Judge